# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**NESTOR VILLARDEFRANCOS, JR.,**

    **Plaintiff,**

v.                                                                  Case No. 1:22-cv-280-AW-ZCB

**COUNTY OF ALACHUA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 16, 2022 report and recommendation, ECF No. 9, to which there has been no objection. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice as malicious for failure to accurately disclose litigation history." The clerk will close the file.

SO ORDERED on January 18, 2023.

                                                        s/ *Allen Winsor*
                                                        United States District Judge